ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Belt Built Contracting, LLC | ) ASBCA No. 63849 |
| | ) |
| Under Contract No. N40085-20-D-0159 | ) |
|   Task Order No. N40085-23-F-6787 | ) |

APPEARANCES FOR THE APPELLANT:   Douglas L. Patin, Esq.
     Owen E. Salyers, Esq.
      Bradley Arant Boult Cummings LLP
      Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
      Navy Chief Trial Attorney
     Howard A. Smith, Esq.
      Trial Attorney

## ORDER OF DISMISSAL

By correspondence dated June 10, 2024, appellant requested that this appeal be dismissed without prejudice. The government consents to the request. Accordingly, the appeal is dismissed from the Board's docket without prejudice.

Dated: June 18, 2024

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63849, Appeal of Belt Built Contracting, LLC, rendered in conformance with the Board's Charter.

Dated: June 18, 2024

_for Tammye D. Allen_

_____

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals